IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
APR -3 2017
US District Court
Western District of NC

IN THE MATTER OF: ) NO. 3:17 MJ 114
)
CRIMINAL COMPLAINT AND ARREST )
WARRANT FOR MYQUAN NELSON )

**ORDER SEALING CRIMINAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT**

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an Order directing that the Criminal Complaint, Affidavit, Arrest Warrant, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation and to prevent flight by the defendant until further order of this court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Affidavit, Arrest Warrant, and the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 3rd day of April, 2017.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE